AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**JEREMY BANKS**<br><br>*Defendant* | )<br>)  Case No. 2:25CR-20034-JTF-001<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **JEREMY BANKS [USM# 64780-511]**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☑ Pretrial Release Violation   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendant Violated Pretrial Release Bond Condtions.

Date:   07/10/2025

*Ross Herrin*
*Issuing officer's signature*

City and state:   Memphis, TN

Wendy R. Oliver, Clerk, U. S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* July 10, 2025, and the person was arrested on *(date)* July 15, 2025
at *(city and state)* Memphis, TN

Date:   July 15, 2025

*Arresting officer's signature*

Madison Futrell : DUSM
*Printed name and title*